No. 75–5970.  BAILEY v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 75–5977.  OLIPHANT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–5978.  BARRON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–5979.  MITZKOFF v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5982.  TRANQUILLO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–5984.  BAKER v. RUMSFELD, SECRETARY OF DEFENSE.  C. A. 6th Cir.  Certiorari denied.

No. 75–5985.  HILL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–5987.  TREVINO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5992.  PACK v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5993.  RODRIGUEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5995.  GOINS v. KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 75–6001.  TREVITHICK v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.